PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
———

Nos. 12-2923 and 12-3143
———

In Re: WR Grace & Co., et al., Debtors
Anderson Memorial Hospital,
Appellant
———
On Appeal from the United States District Court
for the District of Delaware
(D.C. No. 1-11-cv-00199)
———

**ORDER AMENDING OPINION**

It appears that the opinion issued on September 4, 2013 incorrectly identified Andrew N. Rosenberg, Esq. as counsel appearing and arguing on behalf of David T. Austern and Her Majesty of Canada. Mr. Rosenberg entered his appearance on behalf of the Bank Lender Group only and did not argue in these appeals. Accordingly, it is hereby ordered that the docket entry of June 17, 2013 shall be corrected and the following text deleted from the caption of the opinion:

Andrew N. Rosenberg, Esq. **(Argued)**
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019
*Counsel for David T. Austern,*
*Her Majesty Queen of Canada*

The original filed date of the opinion and this Court's judgment are not altered by the amendment.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date: November 20, 2013
PDB/cc: All Counsel of Record